IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cr-00041-BCW-1 |
| MICHAEL VANDERGRIFF, | ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation granting Defendant's Motion for Determination for Competency (Doc. #16). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law, finding the defendant competent to stand trial and to assist in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order. RECOMMENDED that the District Court, after conducting its own independent review of the record, find that defendant Vandergriff is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.

DATED: January 4, 2018　　　　　　　　　/s/ Brian C. Wimes
　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT